# Exhibit "A"







© EleaVeda Designs 2022





# Exhibit "B"

# EleaVedaDesigns

eleavedadesigns.etsy.com

**Ship to**
Dale Lang
22608 Hwy 151
CHILTON, WI 53014
United States

**From**
Cynthia Lou Adams
1166 S 12th St
BELOIT, OH 44609-9449
United States

**Order**
#2488019157

**Order date**
May 28, 2022

**Buyer**
Donna Lang
**(blondies67)**

**Payment method**
Paid via Etsy Payments

**1 item**

 **Uncle Sam Gnome Patriotic  Holiday Porch Greeter Decorative Painting E-Pattern -- Digital Download Pattern Only**  1 x $9.00

| | |
|---|---|
| Item total | $9.00 |
| Tax | $0.50 |
| Shipping total | $0.00 |
| **Order total** | **$9.50** |

**Love what you bought?**
Add a photo and review with the Etsy app.
Visit etsy.com/mobile to download.

**Carbon-Offset Shipping**
Etsy offsets 100% of the carbon emissions
from your delivery. Learn how at
etsy.com/impact.

Etsy

# Order #2488019157

Donna Lang (blondies67)

**Ship to**
Dale Lang
22608 Hwy 151
CHILTON, WI 53014
United States

**Shop**
EleaVedaDesigns

**Order date**
May 28, 2022

**Payment method**
Paid via Etsy Payments

**1 item**

 Uncle Sam Gnome Patriotic  Holiday Porch Greeter Decorative Painting E-Pattern -- Digital Download Pattern Only

1 x $9.00

| | |
|---|---|
| Item total | $9.00 |
| Tax | $0.50 |
| Shipping total | $0.00 |
| **Order total** | **$9.50** |

Etsy

**Do the green thing**
Reuse this paper to make origami, confetti
or your next to-do list.

# SewCuteDigiDesigns

sewcutedigidesigns.etsy.com

**Ship to**
Donna Lang
22608 US Hwy 151
CHILTON, WI 53014
United States

**From**
BELOIT, OH

**Order**
#2494153210

**Order date**
Jun 2, 2022

**Buyer**
Donna Lang
**(blondies67)**

**Payment method**
Paid via Etsy Payments

**1 item**

 Frankenstein Holiday Housewarmer - Porch Greeter Decorative Painting E-Pattern; Digital Download; Tole Painting Pattern Only                    1 x $9.00

| | |
|---|---|
| Item total | $9.00 |
| Tax | $0.50 |
| Shipping total | $0.00 |
| **Order total** | **$9.50** |



**Love what you bought?**
Add a photo and review with the Etsy app.
Visit etsy.com/mobile to download.

**Carbon-Offset Shipping**
Etsy offsets 100% of the carbon emissions
from your delivery. Learn how at
etsy.com/impact.

Etsy

# Order #2494153210

Donna Lang (blondies67)

**Ship to**
Donna Lang
22608 US Hwy 151
CHILTON, WI 53014
United States

**Shop**
SewCuteDigiDesigns

**Order date**
Jun 2, 2022

**Payment method**
Paid via Etsy Payments

**1 item**

| | |
|---|---|
| Frankenstein Holiday Housewarmer - Porch Greeter Decorative Painting E-Pattern; Digital Download; Tole Painting Pattern Only | 1 x $9.00 |

| | |
|---|---|
| Item total | $9.00 |
| Tax | $0.50 |
| Shipping total | $0.00 |
| **Order total** | **$9.50** |

Etsy

**Do the green thing**
Reuse this paper to make origami, confetti
or your next to-do list.

# SewCuteDigiDesigns

sewcutedigidesigns.etsy.com

**Ship to**
Donna Lang
22608 US Hwy 151
CHILTON, WI 53014
United States

**From**
BELOIT, OH

**Order**
#2498564536

**Order date**
Jun 7, 2022

**Buyer**
Donna Lang ★
(donnalang717)

**Payment method**
Paid via Etsy Payments

**1 item**

 **Christmas Gnome and Gingerbread Holiday House Warmer - Porch Greeter Decorative Painting Pattern**    1 x $9.00

| | |
|---|---|
| Item total | $9.00 |
| Tax | $0.50 |
| Shipping total | $0.00 |
| **Order total** | **$9.50** |

Etsy



**Love what you bought?**
Add a photo and review with the Etsy app.
Visit etsy.com/mobile to download.

**Carbon-Offset Shipping**
Etsy offsets 100% of the carbon emissions from your delivery. Learn how at etsy.com/impact.

# Order #2498564536

Donna Lang (donnalang717) ★

**Ship to**
Donna Lang
22608 US Hwy 151
CHILTON, WI 53014
United States

**Shop**
SewCuteDigiDesigns

**Order date**
Jun 7, 2022

**Payment method**
Paid via Etsy Payments

**1 item**

| | |
|---|---|
| **Christmas Gnome and Gingerbread Holiday House Warmer - Porch Greeter Decorative Painting Pattern** | 1 x $9.00 |

| | |
|---|---|
| Item total | $9.00 |
| Tax | $0.50 |
| Shipping total | $0.00 |
| **Order total** | **$9.50** |

Etsy

**Do the green thing**
Reuse this paper to make origami, confetti or your next to-do list.

# SewCuteDigiDesigns

sewcutedigidesigns.etsy.com

**Ship to**
Donna Lang
22608 US Hwy 151
CHILTON, WI 53014
United States

**From**
BELOIT, OH

**Order**
#2509155581

**Order date**
Jun 18, 2022

**Buyer**
Donna Lang ★
(donnalang717)

**Payment method**
Paid via Etsy Payments

**3 items**

 Country Christmas Santa and Elf Holiday House Warmer - Porch Greeter Decorative Painting E-Pattern -- Digital Download Pattern Only — 1 x $9.00

Country Christmas Santa and Snowman Holiday House Warmer - Porch Greeter Decorative Painting E-Pattern -- Digital Download Pattern Only — 1 x $9.00

Bride of Frankenstein Holiday Housewarmer - Porch Greeter Decorative Painting E-Pattern; Digital Download; Tole Painting Pattern Only — 1 x $9.00

| | |
|---|---|
| Item total | $27.00 |
| Tax | $1.49 |
| Shipping total | $0.00 |
| **Order total** | **$28.49** |



**Love what you bought?**
Add a photo and review with the Etsy app.
Visit etsy.com/mobile to download.

**Carbon-Offset Shipping**
Etsy offsets 100% of the carbon emissions from your delivery. Learn how at etsy.com/impact.

Etsy

# Order #2509155581

Donna Lang (donnalang717) ★

**Ship to**
Donna Lang
22608 US Hwy 151
CHILTON, WI 53014
United States

**Shop**
SewCuteDigiDesigns

**Order date**
Jun 18, 2022

**Payment method**
Paid via Etsy Payments

3 items

| | |
|---|---|
| Country Christmas Santa and Elf Holiday House Warmer - Porch Greeter Decorative Painting E-Pattern -- Digital Download Pattern Only | 1 x $9.00 |
| Country Christmas Santa and Snowman Holiday House Warmer - Porch Greeter Decorative Painting E-Pattern -- Digital Download Pattern Only | 1 x $9.00 |
| Bride of Frankenstein Holiday Housewarmer - Porch Greeter Decorative Painting E-Pattern; Digital Download; Tole Painting Pattern Only | 1 x $9.00 |

| | |
|---|---|
| Item total | $27.00 |
| Tax | $1.49 |
| Shipping total | $0.00 |
| **Order total** | **$28.49** |

Etsy

**Do the green thing**
Reuse this paper to make origami, confetti
or your next to-do list.

# Exhibit "C"

RusticFarmhouseDecor

Home    Shop - DIY Kits ⌄    Shop - Premade Items ⌄    Contact    Wholesale    Search    Our Story





RUSTICFARMHOUSEDECOR

## Mr Holidays and Ginger Friends Greeter

~~$98.00 USD~~  $45.00 USD  Sale

Shipping calculated at checkout.

Pay in 4 interest-free installments for orders over $50.00 with shop Pay installments powered by Affirm. Learn more

Style

DIY

Quantity

−  1  +

Add to cart

Buy with G Pay

More payment options

✓ Pickup available at 22608 US Hwy 151
Usually ready in 5+ days

View store information

Mr Holidays and his playful gingers will bring plenty of smiles to you seasonal decor. He has 4 layers making diy painting much easier.   His legs separate from the back helping to keep shipping costs down.    All pieces are sealed for protection  Mr Holidays has a removable stand.  He measures approx 31" x11" His stand is 16 inches wide.

** Everything is handmade at time of purchase. Please allow at least 1-2 weeks for completing.

⇧ Share

☆☆☆☆☆ No reviews



You may also like





Gnome Glitter Bunny Shelf Sitter
$19.00 USD

Gnome Red Daisy Shelf Sitter
$19.00 USD

Gnome Bumble Bee
$19.00 USD

Love Never Melts Winter Snowman Couple
From $45.00 USD

RusticFarmhouseDecor

Home   Shop - DIY Kits ⌄   Shop - Premade Items ⌄   Contact   Wholesale   Search   Our Story





RUSTICFARMHOUSEDECOR

# Frankenstein and His Bride Greeters

~~$98.00 USD~~  $40.00 USD  Sale

Shipping calculated at checkout.

Pay in 4 interest-free installments for orders over $50.00 with shop Pay installments powered by Affirm. Learn more

Choose

[ Frankie ]  [ The Bride ]

Style

[ DIY ]

Quantity

[ − ]  1  [ + ]

[ Add to cart ]

[ Buy with G Pay ]

More payment options

✓ Pickup available at 22608 US Hwy 151
Usually ready in 5+ days

View store information

Halloween is Coming!!!!  Diy Item
❤ ❤ ❤ These two monsters are made for each other. ❤ ❤ ❤ She is all dressed up and ready to walk down the aisle carrying her bouquet. Frankie stands waiting as handsome as ever! These two will make a great addition to your Halloween Decor. Frankie stands approx 31" tall and the bride is approx 30" tall.

Let this adorable Frankenstein  welcome your trick or treaters.

😀😀😀

** Everything is handmade at time of purchase. Please allow at least 1-2 weeks for completing.

⤴ Share

☆☆☆☆☆ No reviews











Follow on Facebook

You may also like



Hope You Like Dogs Door Hanger
From $15.00 USD



Independence Day Uncle Sam Gnome Shelf Sitter
$20.00 USD



Bow - Orange Frankenstein
$12.00 USD



Uncle Sam Gnome holding a Patriotic Heart
$98.00 USD  $40.00 USD

RusticFarmhouseDecor

Home  Shop - DIY Kits ⌄  Shop - Premade Items ⌄  Contact  Wholesale  Search  Our Story







Follow on Facebook

RUSTICFARMHOUSEDECOR

# Uncle Sam Gnome holding a Patriotic Heart

~~$98.00 USD~~  $40.00 USD  Sale

Shipping calculated at checkout.

Pay in 4 interest-free installments for orders over $50.00 with  Learn more installments powered by Affirm Learn more

Style

DIY

Quantity

− 1 +

Add to cart

Buy with  Pay

More payment options

✓ Pickup available at 22608 US Hwy 151

Usually ready in 5+ days

View store information

How cute would this Patriotic Gnome be to display from Memorial Day thru Labor Day!  This guy has lots of decorative painting and is 5 layers thick in some parts.

This is a DIY item.

He measures approx 31 inches tall.  He comes apart between his legs and coat by sliding him into the attached pocket making him easier and ecomical for shipping.

He is sealed and can be put outdoors, but would need to be in a covered area and protected from the elements.  To preserve his quality, indoors is always reccomended.

⬆ Share

☆☆☆☆☆ No reviews

## You may also like



Welcome 4th of July Ice Cream Cone Door Hanger
From $15.00 USD



Hope You Like Dogs Door Hanger
From $15.00 USD



Valentine Standing Gnome, DIY Valentine's Gnome, Wood Blanks, Craft Kit DIY
From $10.95 USD



Sweet Land of Liberty Popsicle Door Hanger
From $15.00 USD

### Quick links

Search

Privacy Policy

Refund Policy



Shipping Policy

Terms of Service

**Subscribe to our emails**

Email

# Exhibit "D"

# DMCA Counter Notice | rusticfarmhouse.shop

### 1. Shopify Merchant Contact Information

Title: Owner

First Name: Donna

Last Name: Lang

Phone: 9202425161

Email: therusticfarmhouse@hotmail.com

Address: 22608 US Hwy 151

City: Chilton

ZIP/Postal Code: 53014

Country: USA

State/Province: WI

### 2. Material(s) Subject to the Counter Notice

Report ID: fbd44750-951f-42d9-8e99-764fc2a2ccbf

https://rusticfarmhouse.shop/products/frankenstein-greeter

https://rusticfarmhouse.shop/products/frankenstein-greeter?variant=41745356980415

https://rusticfarmhouse.shop/products/mr-holidays-and-ginger-friends-greeter

https://rusticfarmhouse.shop/products/frankie-sign?variant=41738724409535

https://rusticfarmhouse.shop/products/uncle-sam-gnome-holding-a-patriotic-heart

### 3. Shopify Merchant Declarations

I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.

I will accept service of process from the party who submitted the DMCA Infringement Notice referred to above or its agent.

I swear, under penalty of perjury, that I have a good faith belief that the affected material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled and that I am the merchant subject to the DMCA Takedown Notice referred to above or I am authorised to act on behalf of that merchant.

I acknowledge that a copy of this counter notification, including my full name and contact

information, will be provided to the party that submitted the DMCA Takedown Notice referred to above.

**4. Electronic Signature**

Donna Lang