PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA ADAMS, ) | |
| ) | CASE NO. 4:23–CV–00912 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| DONNA LANG, *et al.*, ) | |
| ) | **ORDER** |
| Defendants. ) | [Resolving ECF No. 32 and ECF No. 49] |

Before the Court is Plaintiff's Opposed Motion to Reopen Case. ECF No. 32. The Court referred the motion to the Magistrate Judge on February 12, 2025. ECF No. 41. After reviewing the record and the Parties' positions, the Magistrate Judge filed a report recommending the motion be granted in part. ECF No. 49. There were no objections to the Report and Recommendation, although the cutoff to object has since passed. *See Berkshire v. Dahl*, 928 F.3d 520 (6th Cir. 2019). Having reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's motion is granted in part and denied in part.

The Court adopts the following findings of the Magistrate Judge:

> (1) Plaintiff did not act in bad faith when negotiating with Defendant.

> (2) The Parties never reached an agreement resolving the instant case.

> (3) Plaintiff would be unfairly deprived of the opportunity to litigate the matter if the instant case is not reopened.

Because the Court finds that: (1) Plaintiff did not act in bad faith when negotiating with Defendant; and (2) the Parties never reached an agreement resolving this case; it (3) concludes

(4:23-CV-00912)

that Plaintiff would be unfairly deprived of the opportunity to litigate this matter if the case is not reopened.  Accordingly, Plaintiff's Motion to Reopen Case (ECF No. 32) is granted in part.

The Court does not adopt the following recommendation from the Magistrate Judge:

> (1)  Postpone ruling on Plaintiff's request to reinstate the vacated case management deadlines, trial deadlines, and motions until a status conference is held.

Accordingly, the Court declines to hold resolution of the motion in abeyance until a Status Conference is held.

The Court holds in abeyance the following:

> (1) Defendant's request that the case be dismissed with prejudice. ECF No. 34 at PageID #: 211 and ECF No. 48 at PageID #: 470.
>
> (2)  Defendant's request for leave to file a motion for attorneys' fees. ECF No. 34 at PageID #: 211.

The Parties shall submit a proposed case management plan that accommodates for all previously satisfied benchmarks (*e.g.*, prior completion of discovery) within seven days of this order (*i.e.*, no later than October 13, 2025).  See N.D. Ohio Civ. R. 16.1; *e.g.*, Standing Order, Case Management Plan Template, Judge Benita Y. Pearson (N.D. Ohio 2025).  The Court will not schedule a status conference with the Parties until it timely receives and reviews a proposed case management plan. This case is reopened.

IT IS SO ORDERED.

| | |
|---|---|
| October 6, 2025 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |

2